UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA RICHARDSON,              )<br>                                                   )<br>                    Plaintiff,            )<br>       vs.                                        )<br>                                                   )<br>PINNACLE CREDIT SERVICES, LLC, )<br>                                                   )<br>                    Defendants.        ) | Case No.: 2:18-cv-00081-GMN-GWF |

**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff Angela Richardson has failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service as to Defendant Pinnacle Credit Services, LLC, pursuant to Fed. R. Civ. P. 4(m).

**IT IS THEREFORE ORDERED** that the action is hereby **DISMISSED without prejudice**. The Clerk of Court shall close this case.

**DATED** this __14__ day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court